Arthur H. SHAPIRO et al., Appellants,

v.

Jake S. FINKE, also known as Jack S. Finke.

No. 15590.

United States Court of Appeals
Eighth Circuit.

Nov. 8, 1956.

Milton Yawitz, Elliot P. Koenig, St. Louis, Mo., Bernard G. Sang and Vincent J. Carney, Chicago, Ill., for appellants.

Charles S. Sigoloff, Merle L. Silverstein, Lawrence C. Kingsland, Edmund C. Rogers and Estill E. Ezell, St. Louis, Mo., for appellee.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties and with prejudice, on stipulation of parties.

Jack WINGFIELD

v.

UNITED STATES of America.

No. 5488.

United States Court of Appeals
Tenth Circuit.

Nov. 16, 1956.

Anthis & Gotcher, Muskogee, Okl., for appellant.

Frank D. McSherry, U. S. Atty., Harry G. Fender, Asst. U. S. Atty., and Paul M. Brewer, Asst. U. S. Atty., Muskogee, Okl., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

Dismissed for failure of appellant diligently to prosecute the same.

Francis Christine STAPLETON, Administratrix of the Estate of William Eugene Stapleton, Deceased,

v.

Honorable W. R. WALLACE, Judge of the United States District Court for the Western District of Oklahoma.

No. 5451.

United States Court of Appeals
Tenth Circuit.

Sept. 8, 1956.

Ben T. Lampkin, Jr., Glenn W. Friedline, Joe G. Wolfe and James E. Grigsby, Oklahoma City, Okl., for petitioner.

No appearance for respondent.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

Application for leave to file petition for writ of mandamus denied.